AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>3902 Union Street, #2, Flushing, NY 11354, and All<br>Locked and Closed Containers Located Therein | )<br>)<br>)  Case No.   22-MJ-1295<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     New York    
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before     December 20, 2022     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     the Duty Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    12/6/22 at 5:00 pm                                                 *Robert Levy*
                                                                                                                  *Judge's signature*

City and state:         Brooklyn, New York                                      Hon. Robert M. Levy         U.S.M.J.
                                                                                                                  *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 22-MJ-1295 | Date and time warrant executed: 12/8/22  9:00am | Copy of warrant and inventory left with: Liozke, Hans |
|---|---|---|

Inventory made in the presence of: HHS-OIG Special Agents. see sign in sheet

Inventory of the property taken and name of any person(s) seized:

See Attachments

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/8/2022

*Executing officer's signature*

Steve Hey / Special Agent
*Printed name and title*

# Office of Investigations
## DIGITAL INVESTIGATIONS BRANCH

Revised 12-2014

| Field | Value |
|---|---|
| Case Number | 2-21-0-0055-9 |
| Case Name | Elmcare Pharmacy |
| Site ID | 1 |
| Date | December 08, 2022 |
| Address | 39-02 Union Street #2, Flushing, NY |
| Case Lead FCE | Paduch |
| Site Lead FCE | Ramirez |

### Evidence Item 1
- EVIDENCE ID: SARCD1
- DEVICE TYPE: Desktop
- DEVICE MFG: Power Spec
- DEVICE MODEL: B732
- DEVICE S/N: B732022142 0378
- DEVICE HDD SIZE: 500 GB
- DEVICE HDD MFG: WD
- DEVICE HDD S/N: 205063802799
- IMAGED BY: Agnes Lajec
- DIB HDD MFG: Western Digital
- DIB HDD S/N: WTG1R3V5
- DEVICE HAS BEEN SEIZED: ☒

### Evidence Item 2
- EVIDENCE ID: SARCD2
- DEVICE TYPE: Desktop
- DEVICE MFG: Power Spec
- DEVICE MODEL: G355
- DEVICE S/N: G355061950376
- DEVICE HDD SIZE: 500 GB
- DEVICE HDD MFG: WD
- DEVICE HDD S/N: 1914F806657
- IMAGED BY: —
- DIB HDD MFG: Western Digital
- DIB HDD: —
- DEVICE HAS BEEN SEIZED: ☒

### Evidence Item 3
- EVIDENCE ID: SARCDVR1
- DEVICE TYPE: DVR
- DEVICE MFG: Ex-SDI
- DEVICE MODEL: UYST Magic XL08
- DEVICE S/N: 3R-XLT08-E16-0073
- DEVICE HDD SIZE: —
- DEVICE HDD MFG: —
- DEVICE HDD S/N: —
- IMAGED BY: —
- DIB HDD MFG: Western Digital
- DEVICE HAS BEEN SEIZED: ☒

Evidence Custodian Signature: Cameron
Evidence Custodian Last Name: Cameron

Total # of HDs: 1
Total # of Images: 1
Total Seized Devices: 2

Page 1 of 1

L=Laptop   D=Desktop   S=Server   X=External Storage   M=Mobile




DEPARTMENT OF HEALTH AND HUMAN SERVICES

# OFFICE OF INSPECTOR GENERAL

OFFICE OF INVESTIGATIONS

| PROPERTY RECEIPT | | | Date 12/8/2022 | Office |
|---|---|---|---|---|
| *(circle where appropriate)* **RECEIVE FROM** **RECEIVED BY** | Name **NY Elm Pharmacy** | Title | | 1 OF 2 |
| | Street Address – City – State – Zip Code **39-02 Union St #2, Flushing, NY 11354** | | Telephone Number (include area code) Room B | |

Description of Items Received

Record from middle drawer of file cabinet under front counter:

① Cheetah pouch containing $600 USC
 - Four (4) $100 bills
 - Four (4) $50 bills

② $1960 USC
 - 98 $20 bills

Received From (Signature) [signature]   Received By (Signature) [signature]

This document, including any attachments and information contained therein, is the property of the Office of Inspector General (OIG), United States Department of Health and Human Services (HHS), and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy Inspector General for Investigations or his/her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).

Form OI-47 (06/2013)



## DEPARTMENT OF HEALTH AND HUMAN SERVICES
# OFFICE OF INSPECTOR GENERAL
### OFFICE OF INVESTIGATIONS



| PROPERTY RECEIPT | | | Date 12/8/2022 | Office |
|---|---|---|---|---|
| (circle where appropriate) **RECEIVE FROM** | Name NY Elm Pharmacy | Title | | 2 of 2 |
| | Street Address – City – State – Zip Code | | Telephone Number (include area code) | |
| RECEIVED BY | 39-02 Union St #2, Flushing, NY 11354 | | Room B | |
| Description of Items Received | | | | |

- $2,785.00 cash recovered from Area B, in plastic drawer, under counter.
  (One) $100. FRN; (107) $20.00 FRN; (47) $10.00 FRN; (6) $5.00 FRN's; (45) $1.00 FRN.
- (19) Nineteen envelopes containing $2,574.00 cash:
  - Ten (10) envelopes containing $150.- each
    - (7) $20.00 FRN's, (1) $10.00 FRN each
  - Six (6) envelopes containing $100.00 each
    - (30) $20.00 FRN's each
  - Two (2) envelopes containing $158.00 each
    - (14) $20.00 FRN's
    - (2) $10.00 FRN's
    - (3) $1.00 FRN's
- One (1) envelope containing $158.00 each:
  - Seven (7) $20.00 FRN's
  - One (1) $10.00 FRNs
  - One (1) $5.00 FRNs
  - Three (3) $1.00 FRNs

Received From (Signature) _____    Received By (Signature) _____

*This document, including any attachments and information contained therein, is the property of the Office of Inspector General (OIG), United States Department of Health and Human Services (HHS), and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy Inspector General for Investigations or his/her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).*

Form OI-47 (06/2013)




# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## OFFICE OF INSPECTOR GENERAL
OFFICE OF INVESTIGATIONS

**PROPERTY RECEIPT**

Date: 12/8/2022

Office:

(circle where appropriate) **RECEIVE FROM** / RECEIVED BY

Name: NY Elm Pharmacy
Street Address – City – State – Zip Code: 39-02 Union St #2, Flushing, NY 11354

Title:

Telephone Number (include area code): Area B

Description of Items Received:

- Two Black Binders containing OTC cards.
- One Spiral notebook containing identifiers.
- One White plastic basket containing drug labels, billed, dispensed Rx within @ 4 wks.
- Envelopes from file cabinet in drawer with cash
- Patient info forms, blank 'Superbill' forms, Umeken business card, found under countertop above cash reg. drawer
- Business Cards for D.A. Surgical Supply for Ortho/Diabetic Shoes
- $20.00 Gift Certificates for 'H MART.'
- Nine (9) patient information forms for Dr. Saaia Shah
  ◦ Found under plastic cubby under front counter
- 10 stacks of gift cards
  ◦ Found under plastic cubby under front counter

Received From (Signature): [signed]

Received By (Signature): [signed]

This document, including any attachments and information contained therein, is the property of the Office of Inspector General (OIG), United States Department of Health and Human Services (HHS), and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy Inspector General for Investigations or his/her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).

Form OI-47 (06/2013)




# DEPARTMENT OF HEALTH AND HUMAN SERVICES
# OFFICE OF INSPECTOR GENERAL
OFFICE OF INVESTIGATIONS

Sheet 1 OF 2

| PROPERTY RECEIPT | | Date 12/08/2022 | Office |
|---|---|---|---|
| (circle where appropriate) **RECEIVE FROM** | Name: NY Elm Pharmacy | Title | |
| **RECEIVED BY** | Street Address – City – State – Zip Code: 39-02 Union St. #2, Flushing, NY 11354 | Telephone Number: Room B | |

**Description of Items Received**

- Seven (7) blank superbill forms
  ↳ Recovered from Area B — second drawer in white cabinet under the printer.

- Eleven (11) blank New Patient Information forms
  ↳ Recovered from Area B — second drawer in white cabinet under the printer

- Eleven (11) blank Dr. Yang Foot & Ankle Surgery PC Patient HIPPAA Awareness forms
  ↳ Recovered from Area B — second drawer in white cabinet under the printer

- Three (3) Dr. Comfort Invoices
  ↳ Recovered from Area B — fourth ~~second~~ drawer in white cabinet under the printer

Received From (Signature): [signature]
Received By (Signature): [signature]

This document, including any attachments and information contained therein, is the property of the Office of Inspector General (OIG), United States Department of Health and Human Services (HHS), and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy Inspector General for Investigations or his/her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).

Form OI-47 (06/2013)




# DEPARTMENT OF HEALTH AND HUMAN SERVICES
# OFFICE OF INSPECTOR GENERAL
### OFFICE OF INVESTIGATIONS

Sheet 2 OF 2

| PROPERTY RECEIPT | | | Date 12/8/2022 | Office |
|---|---|---|---|---|
| (circle where appropriate) **RECEIVE FROM** | Name **NY Elm Pharmacy** | Title | | |
| | Street Address – City – State – Zip Code | | Telephone Number (include area code) | |
| RECEIVED BY | 39-02 Union St #2, Flushing, NY 11354 | | Room B | |

**Description of Items Received**

- Two (2) bags of gift certificates/cards recovered from bottom drawer of file cabinet located under front counter

Received From (Signature): [signature]

Received By (Signature): [signature]

This document, including any attachments and information contained therein, is the property of the Office of Inspector General (OIG), United States Department of Health and Human Services (HHS), and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy Inspector General for Investigations or his/her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).

Form OI-47 (06/2013)




# DEPARTMENT OF HEALTH AND HUMAN SERVICES
# OFFICE OF INSPECTOR GENERAL
### OFFICE OF INVESTIGATIONS

| PROPERTY RECEIPT | | | Date 12/8/2022 | Office |
|---|---|---|---|---|
| (circle where appropriate) **RECEIVE FROM** | Name **NY Elm Pharmacy** | Title | Room C | |
| | Street Address – City – State – Zip Code | | Telephone Number (include area code) | |
| RECEIVED BY | 39-02 Union St #2, Flushing, NY 11354 | | | |

Description of Items Received

① Blue pouch w/ $3102 USC
  $100 bills - Two (2)
  $50 bill - One (1)
  $20 bills - One hundred fifty two (142)
  $5 bills - Two (2)
  $2 bill - One (1)

② $17,244 in USC
  $50 bill - One (1)
  $20 bills - Eight hundred forty six (846)
  $10 bills - Twenty five (25)
  $1 bills - Twenty four (24)

Counted by AC, BD, SK

Received From (Signature)    Received By (Signature)

This document, including any attachments and information contained therein, is the property of the Office of Inspector General (OIG), United States Department of Health and Human Services (HHS), and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy Inspector General for Investigations or his/her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).

Form OI-47 (06/2013)



DEPARTMENT OF HEALTH AND HUMAN SERVICES

# OFFICE OF INSPECTOR GENERAL

OFFICE OF INVESTIGATIONS



Ⓒ

| PROPERTY RECEIPT | | | Date 12/8/2022 | Office |
|---|---|---|---|---|
| (circle where appropriate) **RECEIVE FROM** | Name **NY Elm Pharmacy** | | Title | |
| | Street Address – City – State – Zip Code **39-02 Union St #2, Flushing, NY 11354** | | Telephone Number (include area code) Room C | |
| RECEIVED BY | | | | |

Description of Items Received

Various Prescription logs
Password Chart
Financial Docs
Express Scripts forms
Licensing, CUS caremark, Humana, Optum RX,
EFT Docs
OTC + Gift cards from safe
Misc papers + notebooks from filing cabinet

Received From (Signature)

Received By (Signature)

This document, including any attachments and information contained therein, is the property of the Office of Inspector General (OIG), United States Department of Health and Human Services (HHS), and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy Inspector General for Investigations or his/her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).

Form OI-47 (06/2013)


## DEPARTMENT OF HEALTH AND HUMAN SERVICES
# OFFICE OF INSPECTOR GENERAL
OFFICE OF INVESTIGATIONS

| PROPERTY RECEIPT | | Date 12/8/2022 | Office |
|---|---|---|---|
| (circle where appropriate) **RECEIVE FROM** | Name: NY Elm Pharmacy | Title | |
| | Street Address – City – State – Zip Code: 39-02 Union St #2, Flushing, NY 11354 | Telephone Number (include area code) | |
| RECEIVED BY | | Room C | |

Description of Items Received

① - Envelope w/ Post-it - "OH Song Ja 300" containing $300 USC - 15 $20 bills

② Envelope w/ Post-it - "Park Mom Soon" 500 containing $500 USC - 25 $20 bills

③ Envelope w/ "Ying" handwritten on outside, containing $500 USC - 25 $20 bills

④ Envelope w/ Post-it - "Chon ok Sun" 400 containing $400 USC - 20 $20 bills

Total = $1700 USC
Counted by AC, SK, BD

Received From (Signature)    Received By (Signature)

This document, including any attachments and information contained therein, is the property of the Office of Inspector General (OIG), United States Department of Health and Human Services (HHS), and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy Inspector General for Investigations or his/her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).

Form OI-47 (06/2013)