AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

United States of America
*Plaintiff*

v.

Hua Huang
*Defendant*

Case No. 22 MJ 1295 (RML)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hua Huang

Date: 12·14·2022

Barry Goldberg
*Attorney's signature*

Barry Goldberg
*Printed name and bar number*

A Park Place #1005
*Address* NYNY 10007

goldbergblaw@gmail.com
*E-mail address*

917·682·0364
*Telephone number*

_____
*FAX number*